JOSEPH KEARNEY, Respondent, *v.* PATRICK SHEAHAN, Appellant.

(Submitted May 22, 1873 ; decided June 3, 1873.)

*Wilson & Nolan* for the appellant.

*Jacob A. Gross* for the respondent.

Agree to affirm.   No opinion.
Judgment affirmed.